***EFILED***
Case Number 2018L 001518
Date: 11/9/2018 11:29 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

GODFREY HUBBARD, )
)
     Plaintiff, )     2018L 001518
)
v. )     No. 18-L-
)
COOPER B-LINE, INC. )
)
     Defendant. )

## COMPLAINT

COMES NOW Plaintiff, Godfrey Hubbard, by and through his attorney, John H. Leskera, and for his Complaint directed against Cooper B-Line, Inc., states to the Court as follows:

1. Cooper B-Line, Inc. is doing business in Madison County within a facility located at 816 Lions Dr., Troy, IL 62294. At all times Defendant, Cooper B-Line, Inc., was subject to the provisions of the Federal Family Medical Leave Act of 1993 which prohibits retaliation against employees who exercise their rights under the Family Medical Leave Act.

2. Plaintiff became employed with Defendant on or about June 11, 2008 as a Production Worker. At all times herein, Plaintiff was employed, as a Crate Maker. As such, Plaintiff was entitled to the protections afforded under the FMLA.

3. On or about June 21, 2018, Plaintiff began to experience medical symptoms causing him to be unable to perform the essential functions of his job. Plaintiff submitted an application for disability benefits under Defendant's short-term disability plan.

4. Defendant initially accepted Plaintiff's short-term disability claim and paid the Plaintiff short-term disability benefits. On August 9, 2018 Defendant abruptly terminated the

Case No.: 18-L-

Exhibit A

Plaintiff's short-term disability benefits and began counting Plaintiff's absences toward his allotment provided by the Federal Family and Medical Leave Act.

5. The abrupt disruption of Plaintiff's short-term disability benefits was not based on the language of the policy but rather intended by the Defendant to count toward Plaintiff's FMLA leave entitlement. On October 12, 2018, Plaintiff's FMLA leave was exhausted and the Defendant terminated Plaintiff's employment.

6. The Defendant's termination of the Plaintiff for exhausting his FMLA benefits was improperly determined by the Defendant since the Plaintiff should have been permitted extended short-term disability benefits which would not have counted towards Plaintiff's FMLA leave.

7. As a direct consequence of Defendant's improperly calculating the Plaintiff's FMLA leave, the Plaintiff's employment was terminated causing the Plaintiff to suffer damages.

8. The Plaintiff suffered damages as a result of his wrongful termination including past wage loss, future wage loss, and loss of fringe benefits. In addition, the Plaintiff's termination after ten years of loyal service caused the Plaintiff to experience emotional distress, humiliation, and loss of self-worth as Plaintiff's career as a crate maker was a source of great pride to the Plaintiff.

WHEREFORE, Plaintiff prays for damages against Defendant in excess of $50,000 together with attorney's fees and costs of suit.

John H. Leskera #6200078
Leskera Law Firm
120 E. Church Street
Collinsville, IL 62234
(618) 344-3281

November 9, 2018

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS


CASE NUMBER: 2018 L 001518


GODFREY HUBBARD

Plaintiff(s)

VS.

COOPER B LINE INC

Defendant(s)



FILED

NOV - 9 2018

CLERK OF CIRCUIT COURT #77
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER


The above case is hereby assigned to the Honorable BARBARA CROWDER for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.


DATE: November 09, 2018


s/David Hylla
Chief Judge

***EFILED***
Case Number 2018L 001518
Date: 11/13/2018 12:00 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

GODFREY HUBBARD,       )
                               )
      Plaintiff,           )
                               )
v.                           )      Case No. 18-L-001518
                               )
COOPER B-LINE, INC.,     )
                               )
      Defendant.        )

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

COMES NOW Plaintiff, Godfrey Hubbard, by and through his attorney, John H. Leskera,

and for his Motion asks that the Court appoint Anthony Womack as Special Process Server to

serve the Summons and Complaint on the Defendant, Cooper B-Line, Inc.

John H. Leskera  #6200078
Leskera Law Firm
120 E. Church Street
Collinsville, IL 62234
(618) 344-3281

Case No. 18-L-001518

## IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

GODFREY HUBBARD, )
        )
    Plaintiff, )
        )
v. )    Case No. 18-L-001518
        )
COOPER B-LINE, INC., )
        )
    Defendant. )

## ORDER

Anthony Womack is appointed Special Process Server.

_____
Judge

Dated: _____

November 12, 2018

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 692-6240
madisoncountycircuitclerkIL.com

## SUMMONS

GODFREY HUBBARD,

Plaintiff,                                    CASE No. 2018L 00001518

vs.

COOPER B-LINE, INC.,

Defendant.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after this service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the office or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this November 12, 2018.

MARK VON NIDA
Clerk of the Circuit Court

By /s/ Sarah Friedrich

Deputy Clerk          11/14/2018

(Plaintiff's attorney or plaintiff if not represented by an attorney)

JOHN H. LESKERA
LESKERA LAW FIRM
120 E CHURCH ST
COLLINSVILLE, IL 62234

Date of Service:_____, 2018.
(To be inserted by officer on the copy left with the defendant or other person)
**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884**

Case No. 2018L 000832

State of Illinois}
Madison County} ss.

I, _____, Sheriff of said county, have duly served the within summons
on the defendant _____ by leaving a copy thereof with said defendant
personally, on the _____ day of _____, 20 _____.
I have duly served the said summons on the defendant, _____ on the
_____ day of _____, 20 _____, by leaving a copy of said summons on said date at his
usually place of abode with _____, a person of the family of said
_____ of the age of 13 years or upwards and by informing such persons with
whom said summons was left of the contents there of and by also sending a copy of said
summons on the _____ day of _____, 20 _____, in a sealed envelope, with
postage fully prepaid, addressed to said defendant _____, at his usual
place of abode, as stated hereinabove in my return.
Dated this _____ day of _____, 20 _____.

_____
Sheriff

      Sheriff's Fees

| | |
|---|---|
| Service | $_____ |
| Making Copies | $_____ |
| Miles travel | $_____ |
| Cost of mailing copies | $_____ |
| Return | $_____ |
| Total | $_____ |

GODFREY HUBBARD,
    Plaintiff,
vs.

COOPER B-LINE, INC.
    Defendant.

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS



FILED
NOV 15 2018
CLERK OF CIRCUIT COURT 066
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

GODFREY HUBBARD,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )         Case No. 18-L-001518
                                    )
COOPER B-LINE, INC.,                )
                                    )
        Defendant.                  )

## ORDER

Anthony Womack is appointed Special Process Server, *to serve summons and complaint on Defendant Cooper B-Line Inc.*

Dated: _11/15/18_

_____
JUDGE

Case No.: 18-L-001518

***EFILED***
Case Number 2018L 001518
Date: 11/30/2018 8:30 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

November 12, 2018

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 692-6240
madisoncountycircuitclerkIL.com

### SUMMONS

GODFREY HUBBARD,
          Plaintiff,

vs.

                                  CASE No. 2018L 00001518

COOPER B-LINE, INC.,
          Defendant.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after this service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the office or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this November 12, 2018.

MARK VON NIDA
Clerk of the Circuit Court

By /s/ Sarah Friedrich
Deputy Clerk     **11/14/2018**

(Plaintiff's attorney or plaintiff, if not represented by an attorney)

JOHN H. LESKERA
LESKERA LAW FIRM
120 E CHURCH ST
COLLINSVILLE, IL 62234

Date of Service: ___November 28___, 2018.
(To be inserted by officer on the copy left with the defendant or other person)
**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884**

Case No. 2018L 000832

State of Illinois}
Madison County} ss.

I, Anthony Womack, ~~Sheriff of said county~~ Special processor, have duly served the within summons on the defendant Nicholas Knouse by leaving a copy thereof with said defendant personally, on the 28th day of November, 20 18.

I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20 ____; by leaving a copy of said summons on said date at his usually place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents there of and by also sending a copy of said summons on the _____ day of _____, 20 _____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his usual place of abode, as stated hereinabove in my return.

Dated this _____ day of _____, 20_____.

_____
Sheriff

Sheriff's Fees
Service              $ 61
Making Copies        $_____
Miles travel         $_____
Cost of mailing copies$_____
Return               $_____
Total                $ 61.00

GODFREY HUBBARD,
        Plaintiff,
vs.

COOPER B-LINE, INC.
        Defendant.

Page 2 of 2

A true copy of the original on file in my office
Attested to this 26 day of October 20 18
MARK VON NIDA
Clerk of the Circuit Court, 3rd Judicial Circuit
Madison County, Illinois
By_____
        Deputy Clerk