**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| GODFREY HUBBARD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  **3:18-cv-2219** |
| | ) | |
| vs. | ) | (Removal from Circuit Court of |
| | ) | Madison County, State of Illinois, |
| COOPER B-LINE, INC. | ) | Case No. 2018L-001518) |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Cooper B-Line, Inc. files this Corporate Disclosure Statement, and states as follows:

Cooper B-Line, Inc. is an indirect subsidiary of Eaton Corporation plc, an Irish public limited company whose shares trade on the New York Stock Exchange.

*/s/ Carrie L. Kinsella*
Carrie L. Kinsella, #6283318
JACKSON LEWIS P.C.
222 S. Central Ave., Ste. 900
St. Louis, MO 63105
(314) 827-3939 – Telephone
(314) 827-3940 – Fax
Carrie.Kinsella@jacksonlewis.com

*Attorneys for Defendant Cooper B-Line, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of the Court on December 27, 2018 and was served via U.S. Mail and email on the following:

John H. Leskera, Esq.
LESKERA LAW FIRM
120 E. Church Street
Collinsville, IL 62234
jay@llf.legal

*Attorneys for Plaintiff*

*/s/ Carrie L. Kinsella*

4849-3290-8931, v. 1

2